UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Misc. No. |
| ) | |
| JAMES D. DRUCTOR ) | (Related to Misc. No. 01-525) |
| ) | |
| Defendant, ) | |
| ) | |
| THE DUQUESNE CLUB, ) | Electronically Filed |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment") entered on September 17, 2001, against the Defendant in the above cited action, James D. Dructor, Social Security Number ▮▮▮-6861, whose last known address is ▮▮▮▮▮▮▮▮▮▮, Pittsburgh, PA ▮▮▮▮▮.

The total balance due on the Judgment as of December 7, 2009, is $47,143.23, plus interest accruing at the rate of 2.13% per annum.

Demand for payment on the Judgment was made upon the Defendant not less than 20 days from September 17, 2001, and the Defendant has failed to satisfy the Judgment.

The United States believes that the Garnishee owes or will owe, money or property to the Defendant, or is in possession of property of the Defendant. The United States also believes the Defendant holds a nonexempt interest in this property.

The name and address of the Garnishee is The Duquesne Club, 325 Sixth Avenue, Pittsburgh, PA 15222.

Respectfully submitted,

ROBERT S. CESSAR
Acting United States Attorney

MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668