UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Misc. No. 09-325 |
| | ) |
| JAMES D. DRUCTOR | ) |
| | ) (Related to Misc. No. 01-525) |
| Defendant, | ) |
| | ) |
| THE DUQUESNE CLUB, | ) |
| and its successors and assigns, | ) |
| | ) |
| Garnishee | ) |

## ORDER OF COURT

AND NOW, this 16th day of December, 2009, upon consideration of the United

States' Application for Writ of Continuing Garnishment, the Clerk of the United States District

Court is hereby ordered to issue a Writ of Continuing Garnishment directed to The Duquesne

Club.

_____
UNITED STATES DISTRICT JUDGE