UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Misc. No. 09-MC-325 |
| ) | |
| JAMES D. DRUCTOR ) | (Related to Misc. No. 01-525) |
| ) | |
| Defendant, ) | |
| ) | |
| THE DUQUESNE CLUB, ) | ELECTRONICALLY FILED |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

**FINAL ORDER OF GARNISHMENT**

An Application for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Garnishment direction to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of earnings.

The Defendant was served with a copy of the Writ of Continuing Garnishment and notified of his right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Continuing Garnishment against the earnings of the Defendant, the Answer of the Garnishee, and noting that the Defendant has not exercised his right to request a hearing now finds that the entry of the final order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay to Plaintiff, United States of America, at least monthly, the lessor of:

1. Twenty-five percent (25%) of Defendant's disposable earnings; **OR**

2. All amounts of Defendant's disposable earnings in excess of thirty times the federal minimum hourly wage. See 15 U.S.C. §1673(a).

3. To calculate disposable earnings, subtract the following wages, commissions, and income:

   a. Federal Income Tax;
   b. Federal Social Security Tax;
   c. State Income Tax;
   d. City or Local Income Tax (if any).

IT IS FURTHER ORDERED that all monies previously withheld by the Garnishee in accordance with the Writ of Garnishment shall be paid immediately to the United States of America.

IT IS FURTHER ORDERED that these sums are to be applied upon the judgment entered in this case on September 17, 2001. The present balance due and owing as of December 7, 2009, is $47,143.23, plus interest accruing at the rate of 2.13% per annum. Said payments are to continue until the unpaid balance, plus accruing interest, to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. Checks should be made payable to the "U.S. DEPARTMENT OF JUSTICE" and mailed to:

> U.S. Attorney's Office
> U.S. Post Office & Courthouse
> 700 Grant Street, Suite 400
> Pittsburgh, PA 15219

This 5th day of Feb, 2010.

UNITED STATES DISTRICT JUDGE