UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Misc. No. 09-MC-325 |
| ) | |
| JAMES D. DRUCTOR ) | (Related to Misc. No. 01-525) |
| ) | |
| Defendant, ) | |
| ) | |
| THE DUQUESNE CLUB, ) | ELECTRONICALLY FILED |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

## ORDER OF COURT

AND NOW, to wit, this 24 day of October, 2011, upon consideration of the Motion to Dismiss Writ of Continuing Garnishment heretofore filed by plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Writ of Continuing Garnishment issued upon the judgment against defendant James D. Dructor, is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE